UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOCELYNE NEGRON,

                Plaintiff,

       v.

ANDREW M. SAUL,
*Commissioner of Social Security*,

                Defendant.

No. 19-CV-07547 (KMK)

ORDER ADOPTING R&R

---

KENNETH M. KARAS, United States District Judge:

    Jocelyne Negron ("Plaintiff") brings this Action against the Commissioner of Social Security ("Defendant" or the "Commissioner"), pursuant to 42 U.S.C. § 405(g), challenging the decision of an administrative law judge (the "ALJ") denying Plaintiff's application for disability insurance benefits and supplemental social security income on the ground that Plaintiff was not disabled within the meaning of the Social Security Act, 42 U.S.C. § 423 *et seq.* The Court referred the case to Magistrate Judge Judith C. McCarthy ("Judge McCarthy") pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. No. 8.) Plaintiff and the Commissioner cross-move for judgment on the pleadings. (Dkt. Nos. 13, 21.) Judge McCarthy issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's Motion and grant the Commissioner's Cross-Motion. (Report and Recommendation ("R&R") (Dkt. No. 24).) No objections were filed.

    Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-

7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion for Judgment on the Pleadings is denied, and the Commissioner's Cross-Motion for Judgment on the Pleadings is granted. The Clerk of Court is respectfully directed to terminate the pending Motions, enter judgment for Defendant, and close this case. (Dkt. Nos. 13, 21.)

SO ORDERED

Dated: April 5, 2021
        White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE