# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOCELYNE NEGRON,

                            Plaintiff,                                      19 **CIVIL** 7547 (KMK)

                      -against-                                             **JUDGMENT**

ANDREW M. SAUL,
*Commissioner of Social Security,*

                            Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated April 5, 2021, having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety; accordingly, Plaintiff's Motion for Judgment on the Pleadings is denied, and the Commissioner's Cross-Motion for Judgment on the Pleading s is granted, and this case is closed.

**Dated:**  New York, New York
           April 6, 2021

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                        **BY:**

                                                                  **Deputy Clerk**